```
               UNITED STATES DISTRICT COURT
                  DISTRICT OF NEW JERSEY
_____
                               :
ALEXANDER C. MACNEIL,          :
                               :   No. 22-cv-5891 (NLH)(AMD)
          Plaintiff,           :
                               :
     v.                        :   MEMORANDUM OPINION
                               :
                               :
CHARLES WARREN, et al.,        :
                               :
          Defendants.          :
_____:
```

IT APPEARING THAT:

1.  Plaintiff Alexander C. MacNeil filed a complaint under 42 U.S.C. § 1983.  ECF No. 1.

2.  The Court allowed the complaint to proceed on January 5, 2023.  ECF No. 3.

3.  On August 10, 2023, mail sent to Plaintiff at his address of record was returned as undeliverable.  ECF No. 9. The return sticker stated "Return to Sender.  Refused.  Unable to Forward."  Id.  A handwritten note indicated Plaintiff had been discharged.  Id.

4.  More mail was returned as undeliverable on August 15, 2023.  ECF No. 11.  "Return to Sender.  Refused.  Unable to Forward."  Id.  A handwritten note indicated Plaintiff had been discharged on July 25, 2023.  Id.

5.  Plaintiff has not communicated with the Court

1

regarding his new address, in violation of Local Civil Rule 10.1.  See L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk.").

6.  The Clerk of the Court will be ordered to administratively terminate this case.  Plaintiff may reopen this matter by submitting his updated address.

7.  An appropriate order follows.


Dated: August 16, 2023                s/ Noel L. Hillman
At Camden, New Jersey                NOEL L. HILLMAN, U.S.D.J.