UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALEXANDER C. MACNEIL,<br><br>**Plaintiff,**<br><br>v.<br><br>CHARLES WARREN, *et al.*,<br><br>**Defendants.** | Case No. 22–cv–05891–ESK–AMD<br><br>OPINION AND ORDER |

    Plaintiff Alexander C. MacNeil submitted a complaint pursuant to 42 U.S.C. § 1983 on October 5, 2022 (Complaint). (ECF No. 1.) On October 20, 2023, District Judge Noel L. Hillman appointed Jonathan Sobel, Esq. to represent plaintiff pursuant to 28 U.S.C. § 1915. (ECF No. 21.) Defendant Wellpath Medical Services filed a motion to dismiss on June 20, 2024 (Motion). (ECF No. 41.)

    On August 5, 2024, counsel filed a motion seeking to withdraw from representation. (ECF No. 44.) He stated that he had lost contact with plaintiff after plaintiff left Damon House in New Brunswick. ( ECF No. 44–1 ¶ 15.) Counsel has attempted to locate plaintiff but has been unsuccessful. (*Id.* ¶¶ 19, 20, 21.) Counsel asks to be released from representation as he cannot proceed without plaintiff. (ECF No. 44.)

    Plaintiffs have an obligation to keep the Clerk's Office informed as to their current addresses. L.Civ.R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk."). Plaintiff has not kept his attorney or the Court informed of

his current address. "Failure to file a notice of address change may result in the imposition of sanctions by the Court." L.Civ.R. 10.1(a).

I will administratively terminate the Complaint and the Motion due to plaintiff's failure to keep his attorney and the Clerk's Office informed of his current address. I will also grant counsel's request to withdraw.[1]

**IT IS** on this   **9th** day of **September 2024**   **ORDERED** that:

1. The Clerk shall ADMINISTRATIVELY TERMINATE the Complaint and the Motion filed at ECF No. 41 under Local Civil Rule 10.1.

2. Plaintiff may reopen the Complaint by submitting his current address. The Clerk shall REOPEN the Complaint upon receipt of plaintiff's updated address.

3. Jonathan Sobel, Esq.'s motion to withdraw as attorney at ECF No. 44 is granted.

4. The Clerk shall send a copy of this Opinion and Order to plaintiff by regular mail at his last known address.

　　　　　　　　　　　　　　　　　　　　 */s/ Edward S. Kiel*
　　　　　　　　　　　　　　　　　　　　 **EDWARD S. KIEL**
　　　　　　　　　　　　　　　　　　　　 **UNITED STATES DISTRICT JUDGE**

---

[1] I thank counsel for his willingness to accept the appointment.